

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/05/2013

# WILMERHALE

September 5, 2013

**By E-mail**

Andrea J. Robinson

+1 617 526 6360 (t)
+1 617 526 5000 (f)
andrea.robinson@wilmerhale.com

The Honorable Katherine Polk Failla
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

Re: *Goldin et al v. State Street Bank and Trust Co.*, Case No. 1:13-cv-5711-KPF

Dear Judge Failla:

This firm represents Defendant State Street Bank and Trust Co. ("State Street"), in the above-referenced action. Our client's response to Plaintiffs' Complaint is currently due to be filed and served on September 17, 2013. We write to request a 30-day extension of the deadline for State Street to answer, move, or otherwise respond to the summons and Complaint, from September 17, 2013 to October 17, 2013. The extension will enable State Street to more fully evaluate and comprehensively respond to the allegations, which assert six separate claims relating to multiple transactions over four years. Plaintiffs have agreed to this extension.

This is State Street's first request for an extension of time in which to file responsive pleadings.

We respectfully request the Court grant the requested extension to which Plaintiffs' counsel has agreed. We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ Andrea J. Robinson*

Andrea J. Robinson

Cc: All Counsel of Record (via email)

Application GRANTED. The time for Defendant to answer or otherwise respond is extended to October 17, 2013. Absent very good cause, no further extensions of this deadline shall be granted.

SO ORDERED.

Dated: September 5, 2013
       New York, New York

*/s/ Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington