UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN GOLDIN as Co-Executor of Bernice Goldin's Estate, on behalf of Bernice Goldin's IRA , and as Co-Trustee of the Paul Goldin Marital Trust B, and ROCHELLE GOLDIN as Co-Executor of Bernice Goldin's Estate, on behalf of Bernice Goldin's IRA , and as Co-Trustee of the Paul Goldin Marital Trust B<br><br>  Plaintiffs,<br><br>vs.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>  Defendant. | Civil Action No. 13-civ-5711-KPF |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Andrea J. Robinson, hereby enters its appearance as counsel in the above-captioned actions for and on behalf of defendant State Street Bank and Trust Company.  The undersigned is a member in good standing of the bar of this Court.

        Respectfully submitted,

        /s/ Andrea J. Robinson
        Andrea J. Robinson
        WILMER CUTLER PICKERING HALE AND DORR LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000
        andrea.robinson@wilmerhale.com

        *Attorneys for defendant State Street Bank and Trust Company*

Dated: September 12, 2013

## CERTIFICATE OF SERVICE

     I, Andrea J. Robinson, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 12th day of September, 2013.

/s/ Andrea J. Robinson__  
Andrea J. Robinson