UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN GOLDIN as Co-Executor of Bernice Goldin's Estate, on behalf of Bernice Goldin's IRA , and as Co-Trustee of the Paul Goldin Marital Trust B, and ROCHELLE GOLDIN as Co-Executor of Bernice Goldin's Estate, on behalf of Bernice Goldin's IRA , and as Co-Trustee of the Paul Goldin Marital Trust B<br><br>                                                            Plaintiffs,<br><br>vs.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>                                                            Defendant. | Civil Action No. 13-civ-5711-KPF |

## CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT
## STATE STREET BANK AND TRUST COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of the Local Rules of the United States District Court for the Southern District of New York, Defendant State Street Bank and Trust Company, by and through its attorneys, Wilmer Cutler Pickering Hale and Dorr LLP, hereby states:

Defendant State Street Bank and Trust Company is a wholly-owned subsidiary of State Street Corporation.  State Street Corporation is a publicly held corporation, has no parent corporation, and no publicly held company owns 10 percent or more of State Street Corporation's stock.

| | |
|---|---|
| Dated:  September 12, 2013 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | |
| | /s/ Andrea J. Robinson                           _____ |
| | Andrea J. Robinson |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 60 State Street |
| | Boston, Massachusetts 02109 |
| | Tel:  (617) 526-6000 |
| | Fax: (617) 526-5000 |
| | andrea.robinson@wilmerhale.com |
| | |
| | *Attorneys for defendant State Street Bank and Trust Company* |