USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/29/2013__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                      :

STEVE GOLDIN, *et al.*,                :

                      Plaintiff,    :      13 Civ. 5711 (KPF)
            v.                 :
                                   :      <u>ORDER</u>

STATE STREET BANK AND TRUST CO.,  :

                     Defendant.   :

------------------------------------------------------------ X

KATHERINE POLK FAILLA, District Judge:

    As discussed at the October 29, 2013 conference, Defendant's motion to dismiss is deemed filed as of the date of this Order. Plaintiffs' opposition shall be due by December 13, 2013. Defendant's reply shall be due on January 6, 2014.

    The conference scheduled for November 19, 2013 is adjourned *sine die*.

    SO ORDERED.

Dated:  October 28, 2013
           New York, New York

                                                        KATHERINE POLK FAILLA
                                                      United States District Judge