Lax & Neville LLP
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Gabrielle J. Pretto, Esq. (GP1202)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

| | |
|---|---|
| STEVEN GOLDIN, as Co-Executor of Bernice Goldin's Estate, on behalf of Bernice Goldin's IRA, and as Co-Trustee of the Paul Goldin Marital Trust B, and ROCHELLE GOLDIN, as Co-Executrix of Bernice Goldin's Estate, on behalf of Bernice Goldin's IRA, and as Co-Trustee of the Paul Goldin Marital Trust B, | : : : : : : : |
| Plaintiffs, | : Index No. 13-5711-KPF |
| vs. | : : |
| STATE STREET BANK AND TRUST COMPANY, | : : |
| Defendant. | : |

-----------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lax & Neville LLP, by Gabrielle J. Pretto, hereby enters its appearance as counsel in the above-captioned action for an on behalf of Plaintiffs Steven Goldin, as Co-Executor of Bernice Goldin's estate on behalf of Bernice Goldin's IRA, and as Co-Trustee of the Paul Goldin Marital Trust B, and Rochelle Goldin as Co-Executrix of Bernice Goldin's estate, on behalf of Bernice Goldin's IRA, and, as Co-Trustee of the Paul Goldin Marital Trust B.  The undersigned is a member in good standing of the bar of this Court.

Dated: New York, New York
December 10, 2013

           **LAX & NEVILLE LLP**

        By:*/s/ Gabrielle J. Pretto*
           Gabrielle J. Pretto, Esq. (GP1202)
           1450 Broadway, 35th Floor
           New York, NY 10018
           Telephone:  (212) 696-1999
           Facsimile:  (212) 566 - 4531

           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Gabrielle J. Pretto, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 10th day of December, 2013.

           */s/ Gabrielle J. Pretto*
           Gabrielle J. Pretto, Esq.