```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 10, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    STEVEN GOLDIN, *et al.*,

                                 Plaintiff,                13 Civ. 5711 (KPF)
           v.

                                                           <u>ORDER</u>

    STATE STREET BANK & TRUST CO.,

                                 Defendant.

------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

       It is hereby ORDERED that Defendant's motion to dismiss is GRANTED without prejudice for the reasons discussed on the record at the June 10, 2014 conference. The Clerk of Court is directed to terminate Docket Entry 9.

       It is further ORDERED that Plaintiffs shall file an amended complaint by July 10, 2014. Defendant's answer or pre-motion letter shall be filed 30 days thereafter.

       SO ORDERED.

Dated:  June 10, 2014
          New York, New York

                                                                     KATHERINE POLK FAILLA
                                                               United States District Judge