*CONFIDENTIAL SETTLEMENT COMMUNICATION PURSUANT TO FED. R. EVID. 408*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| STEVEN GOLDIN, as Co-Executor of Bernice Goldin's Estate, on behalf of Bernice Goldin's IRA, and as Co-Trustee of the Paul Goldin Marital Trust B, and ROCHELLE GOLDIN, as Co-Executrix of Bernice Goldin's Estate, on behalf of Bernice Goldin's IRA, and as Co-Trustee of the Paul Goldin Marital Trust B, | ) ) ) ) ) ) ) ) |
|  | )    Civ. 1:13-cv-05711-KPF |
| Plaintiffs, | ) |
|  | ) |
| -v- | ) |
|  | ) |
| STATE STREET BANK AND TRUST COMPANY, | ) ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Steven Goldin and Rochelle Goldin, individually, as Co-Executors of Bernice Goldin's Estate, on behalf of the Bernice Goldin IRA, and as Co-Trustees of the Paul Goldin Marital Trust B, hereby dismiss this action with prejudice and without costs. The Defendant has not served a motion for summary judgment or answer in this action.

Respectfully submitted,

Dated:  July 21, 2014

/s/ Barry R. Lax_____
Barry R. Lax
LAX & NEVILLE LLP
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: 212-696-1999
Fax:  212-566-4531
blax@laxneville.com
*Counsel for Plaintiffs*