|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: July 24, 2014 |

_____
                                                                         )
STEVEN GOLDIN, as Co-Executor of Bernice     )
Goldin's Estate, on behalf of Bernice Goldin's   )
IRA, and as Co-Trustee of the Paul Goldin        )
Marital Trust B, and ROCHELLE GOLDIN,       )
as Co-Executrix of Bernice Goldin's Estate,      )
on behalf of Bernice Goldin's IRA, and as         )
Co-Trustee of the Paul Goldin Marital Trust B, )
                                                                         )    Civ. 1:13-cv-05711-KPF
                        Plaintiffs,                                  )
                                                                         )
            -v-                                                        )
                                                                         )
STATE STREET BANK AND                               )
TRUST COMPANY,                                          )
                                                                         )
                        Defendant.                                )
_____)

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Steven Goldin and Rochelle Goldin, individually, as Co-Executors of Bernice Goldin's Estate, on behalf of the Bernice Goldin IRA, and as Co-Trustees of the Paul Goldin Marital Trust B, hereby dismiss this action with prejudice and without costs. The Defendant has not served a motion for summary judgment or answer in this action.

                                            Respectfully submitted,

Dated:  July 21, 2014                    /s/ Barry R. Lax_____
                                                   Barry R. Lax
                                                   LAX & NEVILLE LLP
                                                   1450 Broadway, 35th Floor
                                                   New York, NY 10018
                                                   Telephone: 212-696-1999
                                                   Fax:  212-566-4531
                                                   blax@laxneville.com
                                                   *Counsel for Plaintiffs*

The Court is advised that Defendant consents to this dismissal. Accordingly, the Clerk of Court is directed to mark this case as closed.

Dated: July 24, 2014   SO ORDERED.
      New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE